# FEDERAL DEFENDERS
## MIDDLE DISTRICT OF ALABAMA
### FEDERAL DEFENDER PROGRAM, INC.
### 201 MONROE STREET, SUITE 1960
### MONTGOMERY, AL 36104
TELEPHONE (334) 834-2099
FACSIMILE (334) 834-0353
Website: www.almfd.org

**CHRISTINE A. FREEMAN**
Executive Director

July 17, 2007

Honorable Charles S. Coody
Chief U.S. Magistrate Judge
One Church Street
Montgomery, Alabama 36104
BY HAND DELIVERY

07 cm 1297-CSC

Re:   Tavares Marshall

Dear Judge Coody:

Our office has been contacted by Assistant U.S. Attorney Christa Deegan, regarding appointment of counsel for Mr. Marshall, who is a potential witness and possible target in an investigation of a drug distribution conspiracy.

Mr. Marshall has responded to a target letter from Ms. Deegan and has contacted our office. If possible, Mr. Marshall wishes to resolve this matter prior to indictment and is unable to afford counsel. A financial affidavit signed by Mr. Marshall is enclosed with this letter.

I am therefore requesting that appointment of counsel be permitted by the Court. It is my understanding that our office would be able to accept an appointment in this case.

Please let me know if you need any additional information. Thank you for your consideration of this request.

Sincerely,

Christine A. Freeman

caf/
cc:   Christa Deegan, Esq.