IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA       )
                               )       2007 JUL 30  P 12: 28
        V.                     )
                               )       CRIM. MISC. NO: 07-CM-1297-CSC
TAVARES MARSHALL               )
                               )

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her

appearance as counsel for **TAVARES MARSHALL**, in the above-styled matter.

Dated this 30th day of July 2007.

Respectfully submitted,

**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2007, I served a copy of the foregoing upon the following, by placing a copy of the same in the U.S. Mail, postage prepaid and properly addressed: Christa Deegan, Esq., Assistant United States Attorney, 131 Clayton Street, Montgomery, AL 36101.

**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org